Catherine M. LANE, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE, Respondent.

No. 7839.

Circuit Court of Appeals, Ninth Circuit.

April 17, 1935.

Guy Chase, of St. Paul, Minn., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioner, and good cause therefor appearing, ordered petition to review herein dismissed; mandate forthwith.

In the Matter of LOUIS K. LIGGETT COMPANY, Bankrupt.

In re GIBBONS REALTY COMPANY, Appellant.

No. 240.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1935.

Yankauer, Davidson & Mann, of New York City (C. Ira Funston, of New York City, of counsel), for appellant.

Milbank, Tweed, Hope & Webb, of New York City (H. Struve Hensel and Erwin H. Steif, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

Nate MARSHALL, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7631.

Circuit Court of Appeals, Fifth Circuit.

March 9, 1935.

Nate Marshall, in pro. per.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty., all of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of United States ex rel. Cheramie v. Dutton, 74 F.(2d) 740 (C. C. A. 5), decided January 10, 1935, the judgment is affirmed.